UNITED STATES v. BUEHNE STEEL WOOL CO. (two cases). (Circuit Court of Appeals, Second Circuit. March 8, 1906.) No. 192 (3915, 3924). Appeals from Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 772.

PER CURIAM. Dismissed upon consent, in open court.

———

UNITED STATES v. SAMUEL SCHIFF & CO. (Circuit Court of Appeals, Second Circuit, March 6, 1906.) No. 151 (3631). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 63. Charles Duane Baker, Asst. U. S. Atty. Comstock & Washburn (Albert H. Washburn, of counsel), for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.

———

WARD et al. v. WARD et al. (two cases). (Circuit Court of Appeals, Second Circuit. May 22, 1906.) Nos. 61, 62. Appeal from the Circuit Court of the United States for the Southern District of New York. Austen G. Fox, for appellants. Wm. G. Wilson, for appellees. Before WALLACE and TOWNSEND, Circuit Judges. HOLT, District Judge.

PER CURIAM. A majority of the court, after a careful examination of the record, have reached the conclusion that the decrees below ought not to be disturbed, and concur in the views expressed in the opinion of the court below. The decrees are accordingly affirmed with costs. For opinion below, see 131 Fed. 946.

———

W. W. THOMAS & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 26, 1906). No. 143 (3897). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 93. Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court, upon consent.

———

CARBONDALE MACH. CO. v. WILLIAM H. BURGESS & CO. (Circuit Court, S. D. New York. June 19, 1906.) Taft & Sherman, for plaintiff. Rose & Putzel, for defendant.

LACOMBE, Circuit Judge. There is no appeal now pending and this court seems to be without jurisdiction to act further. The temporary stay is vacated, and motion denied.